UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA BONAMIE,

        Plaintiff(s),

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant(s).
_____/

CIVIL ACTION NO. 05-70614

DISTRICT JUDGE AVERN COHN
MAGISTRATE JUDGE VIRGINIA M. MORGAN

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      The Court has reviewed the file and the Magistrate Judge's Report and Recommendations dated August 05, 2005 and September 23, 2005.  No objections have been filed.  The Report and Recommendation of the Magistrate Judge is hereby accepted and entered as the findings and conclusions of the Court.

      SO ORDERED.


Dated: October 18, 2005          s/ Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE