UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA BONAMIE,

        Plaintiff(s),

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant(s).
                                       /

CIVIL ACTION NO. 05-70614

DISTRICT JUDGE AVERN COHN
MAGISTRATE JUDGE VIRGINIA M. MORGAN

## **JUDGMENT OF DISMISSAL**

The Court has reviewed the pleadings, the Report and Recommendation dated August 05, 2005 and the Supplemental Report and Recommendation dated September 23, 2005 of the Magistrate Judge, and on October 18, 2005 concurred with and adopted the Report and Recommendation of the Magistrate Judge.

Now, therefore, IT IS ADJUDGED that the Plaintiff's Motion for Remand is DENIED and the Defendants' Motion for Summary Judgment is GRANTED, and the above case is DISMISSED.

Dated: <u>October 18, 2005</u>
                                        <u>s/Avern Cohn</u>
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE